# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROGER LAWSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:21cv00631 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| LARRY CURN, ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendant. ) | |

Plaintiff Roger Lawson, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing order entered December 17, 2021, the court advised Lawson that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF No. 3.) On January 25, 2022, an order mailed to Lawson was returned to the court as undeliverable and with no forwarding address. (*See* ECF No. 8.) Lawson has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Lawson's opportunity to refile his claim in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 26th day of January, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE